United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Sergio Diaz, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 19-25302-Civ-Scola |
| | ) |
| Tropic Oil Company and others, Defendants. | ) |

**Order Approving FLSA Settlement and Dismissing Action**

The parties to this FLSA action have asked the Court to approve their settlement and to dismiss the case. (Jt. Mot. for Approval of Settlement and for Dismissal of Action with Prej., ECF No. 18.) Having reviewed the record, the relevant legal authorities, the settlement agreement, the Court finds the settlement agreement fair and reasonable.

The Court **grants** the parties' motion for approval of the settlement agreement (**ECF No. 18**), **dismisses** this action with prejudice, and directs the Clerk to **close** this case. The Court reserves jurisdiction to enforce the parties' settlement agreement. All pending motions are **denied** as moot.

**Done and ordered** at Miami, Florida, on June 16, 2020.

_____
Robert N. Scola, Jr.
United States District Judge